FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

99 SEP 21 PM 1:30

U.S. DISTRICT COURT
N.D. OF ALABAMA

OTIS GLENN WILLIAMS, Jr.,       )
                                )
        Plaintiff,              )
                                )
vs.                             )    CV 98-S-0078-NE
                                )
MIKE BLAKELY, et al.,           )
                                )
        Defendants.             )

ENTERED

SEP 21 1999

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on
August 30, 1999, recommending that the defendants' motion for
summary judgment be granted and this cause be dismissed with
prejudice.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the
materials in the court file, including the report and recommenda-
tion, the Court is of the opinion that the magistrate judge's
report is due to be and is hereby ADOPTED and his recommendation is
ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine
issues of material fact and that the defendants are entitled to
judgment as a matter of law.  Accordingly, defendants' motion for

summary judgment is due to be GRANTED and this action is due to be

DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

DONE this the _21st_ day of ____September____, 1999.

_____
UNITED STATES DISTRICT JUDGE